**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 25th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : | NO. 495<br><br>MAGISTERIAL RULES DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 25th Judicial District (Clinton County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Clinton County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 25-3-01<br>Magisterial District Judge Keith G. Kibler | Allison Township<br>Avis Borough<br>Castanea Township<br>Colebrook Township<br>Crawford Township<br>Dunnstable Township<br>Flemington Borough<br>Gallagher Township<br>City of Lock Haven<br>Pine Creek Township<br>Wayne Township<br>Woodward Township |
| Magisterial District 25-3-02<br>Magisterial District Judge John W. Maggs | Bald Eagle Township<br>Beech Creek Borough<br>Beech Creek Township<br>Greene Township<br>Lamar Township<br>Logan Township<br>Loganton Borough<br>Mill Hall Borough<br>Porter Township |

Magisterial District 25-3-03
Magisterial District Judge Frank P. Mills

Chapman Township
East Keating Township
Grugan Township
Leidy Township
Noyes Township
Renovo Borough
South Renovo Borough
West Keating Township